# EXHIBIT A

Really Big Coloring Books, Inc.  
224 N. Meramec  
St. Louis, MO 63105  

Phone # 314-725-1452  Fax # 314-725-3553  
E-mail  ken@ColoringBook.com  
Web Site  www.ColoringBook.com  

# Invoice

| Date | Invoice # |
|---|---|
| 5/21/2012 | 17684 |

| Bill To | Ship To |
|---|---|
| Delta Dental of CA<br>Nancy Chavez<br>100 First Street; MS 5-O<br>San Francisco, CA 94105 | 562-403-4052<br>Delta Dental of CA<br>Solomon Romano<br>17871 Plark Plaza Drive; Ste 200<br>Cerrritos, CA 90703 |

| P.O. Number | Terms | Due Date | Rep | Account # | Ship | Via |
|---|---|---|---|---|---|---|
|  |  | 5/21/2012 | BN |  | 6/29/2012 | truck line |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 25,000 | csb-DeltaDental2 | Delta Dental Version 2: 8.5"x11" saddle stitch; 4/0 color cover on 80# gloss cover stock; 12 inside 1/1 black & white pages on 50# white offset.<br>Delta Dental to provide Spanish Tranlation | 0.34 | 8,500.00 |
|  | Freight and Delivery | Shipping | 255.00 | 255.00 |
|  | Art work | Custom Artwork included, based on character Ratoncito Perez | 0.00 | 0.00 |
|  | Graphics | Graphic Services included | 0.00 | 0.00 |
|  | ISBN | ISBN and Barcode | 25.00 | 25.00 |
|  |  | Payment Terms<br>50% due to begin project<br>50% due upon final proof approval. |  |  |

Past due invoices subject to 3.5% per mo. late fee,$5.00 minimum and collection and/or attorney fees.

RBCB Federal Tax ID# 43-1921330

RBCB RETURN POLICY: Books/Products can only be returned if books/products are damaged during shipping or if customer has received incorrect titles/products (received titles/products they did not order). Otherwise returned books/products will not be accepted. All books/products that are damaged in shipping, a claim must be reported in writing, to RBC Books, via e-mail, fax, or letter within 5 (FIVE) BUSINESS DAYS OF DELIVERY. ABSOLUTELY NO EXCEPTIONS. Title quantities may vary on assortment packs. Down payment on custom projects, art, graphics and/or animation services is non-refundable and will be applied to services rendered.

| | |
|---|---|
| **Total** | $8,780.00 |
| **Payments/Credits** | -$8,780.00 |
| **Balance Due** | $0.00 |